## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

WILLIAM CLAY,             )
                               )
            Plaintiff,       )
                               )
v.                             )     Case No. 22-cv-4034
                               )
JERRY JOHNSON, JR. and SELECT    )
FLEET TRANSPORTATION, INC.,     )
                               )
            Defendants.    )

## NOTICE OF REMOVAL

To:    The Honorable Judges for the United States District Court
        For the District of Kansas, and

        Clerk of the District Court of Chase County, Kansas

COME NOW defendants Select Fleet Transportation, Inc. and Jerry Johnson, Jr., by and through their attorneys of record, Baker Sterchi Cowden & Rice, LLC, of Overland Park, Kansas, and pursuant to 28 U.S.C. §§1441 and 1446, remove this action from the District Court of Chase County, Kansas, to the United States District Court for the District of Kansas.

As grounds for this removal, defendants state the following:

1.    This is an action in which the District Courts of the United States have been given original jurisdiction under the provisions of 28 U.S.C. §1332, in that diversity of citizenship exists between plaintiff and defendants, and the amount in controversy, upon information and belief, exceeds the sum of Seventy-Five Thousand Dollars ($75,000) exclusive of interests and costs.

2.    On May 9, 2022, Plaintiff William Clay filed a Petition in the District Court of Chase County, Kansas, captioned *William Clay v. Jerry Johnson, Jr. and Select Fleet Transportation, Inc.,* Case No. 2022-CV-000002 (the "State Court Action").

3.      Defendant Jerry Johnson, Jr. was served in the State Court Action by certified mail on May 19, 2022.  This Notice is filed within 30 days after service upon the defendant.

4.      Defendant Select Fleet Transportation, Inc. has not been served with process in the State Court Action but a representative of the company did receive a copy of the Summons and Petition on May 9, 2022.

5.      Thirty (30) days have not expired since any defendant received copies of the initial pleading setting forth plaintiff's claims for relief as the defendant Jerry Johnson, Jr. was served on May 19, 2022, and a representative of defendant Select Fleet Transportation, Inc. received a copy of the Summons and Petition on May 9, 2022.

6.      Based on the Petition filed by plaintiff, defendants reasonably believe and state that plaintiff is now, and was at the time of the commencement of this action, a resident and citizen of the State of Kansas. See Petition, Exhibit A.¶ 1.

7.      Defendant Select Fleet Transportation, Inc. is now and was at the time of the commencement of this action, a corporation incorporated in the state of Missouri with its principal place of business in Excelsior Springs, Missouri.

8.      Defendant Jerry Johnson, Jr. is now and was at the time of the commencement of this action, a citizen and resident of the state of Missouri.

9.      The amount in controversy regarding plaintiff's claims for damages is specifically pled in plaintiff's Petition as being an amount in excess of $75,000.00. Therefore, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied. See Petition, Exhibit A, p. 3.

10.     The United States District Court for the District of Kansas is the appropriate court for filing a Notice of Removal from the District Court of Chase County, Kansas, where the action

is pending.  Accordingly, defendants seek to remove this action to the United States District Court for the District of Kansas.

14. Pursuant to 28 U.S.C. §1446(a), copies of all pleadings, process and orders served upon these defendants in this action are attached hereto and marked as Exhibit A.

12. Pursuant to 28 U.S.C. §1446(d), defendants have served a copy of this Notice of Removal upon all adverse parties contemporaneously with the filing of this Notice of Removal.

13. Pursuant to 28 U.S.C. §1446(d), defendants have served a copy of this Notice of Removal on the Clerk of the District Court of Chase County, Kansas.

14. Pursuant to 28 U.S.C. §1411(a), defendants Select Fleet Transportation, Inc. and Jerry Johnson, Jr. hereby demand a trial by jury on all issues so triable.

WHEREFORE, defendants Select Fleet Transportation, Inc. and Jerry Johnson, Jr. remove this action from the District Court of Chase County, Kansas, to the United States District Court for the District of Kansas.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

/s/ William P. Coates, Jr.

| | |
|---|---|
| John A. Watt | KS #20175 |
| William P. Coates, Jr. | KS #07577 |
| Shawn M. Rogers | KS #18888 |

9393 West 110th St., Suite 500
Overland Park, Kansas 66211
Telephone:      (913) 451-6752
Facsimile:      (816) 472-0288
watt@bscr-law.com
wcoates@bscr-law.com
rogers@bscr-law.com
**ATTORNEYS FOR DEFENDANTS**
**SELECT FLEET TRANSPORTATION, INC.**
**AND JERRY JOHNSON, JR.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing was served electronically and/or by

U.S. Mail this 8th day of June, 2022, to the following counsel of record:

Matthew L. Bretz
Bretz Injury Law, L.L.C.
3 Compound Dr.
P.O. Box 1782
Hutchinson, KS 67504-1782
ATTORNEYS FOR PLAINTIFF

/s/ William P. Coates, Jr.