ELECTRONICALLY FILED
2022 May 09 AM 8:41
CLERK OF THE CHASE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000002

**BRETZ INJURY LAW, L.L.C.**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445

### IN THE DISTRICT COURT OF CHASE COUNTY KANSAS
**(Pursuant to K.S.A. Chapter 60)**

| | |
|---|---|
| WILLIAM CLAY,<br>　　　Plaintiff,<br><br>vs.<br><br>JERRY JOHNSON, JR., and<br>SELECT FLEET TRANSPORTATION, INC.,<br>　　　Defendants. | Case No. _____ |

### PETITION

COMES NOW the Plaintiff, and for his cause of action against the above-named Defendants, and in support thereof, states and alleges:

1. Plaintiff is an individual and a resident of the State of Kansas.

2. Defendant Jerry Johnson, Jr., is an individual and resident of the State of Missouri, and may be served with process at his residential address, 5242 Overton Avenue, Raytown, Missouri, 64133.

3. Defendant Select Fleet Transportation, Inc., is a Missouri for-profit corporation and may be served with process by serving its registered agent Betty Kuebler, 12523 Summit Street, Kansas City, Missouri, 64145.

4. This court has subject matter jurisdiction over the cause of action, and personal jurisdiction over the parties.

5. Venue is proper in this county.

6. The acts of the Defendants set forth herein happened within the State of Kansas.

EXHIBIT A

7. On June 8, 2020, Defendant Jerry Johnson, Jr., was negligently driving a semi tractor-trailer westbound on US Highway 50 near milepost 335.9.

8. Defendant Johnson had a legal duty to pay attention.

9. Defendant Johnson had a legal duty to stay within his lane of traffic.

10. Defendant Johnson knew that if he drove without paying attention he potentially could expose the public to an extreme risk of injury or death.

11. Defendant Johnson knew that if he did not stay within his lane of traffic he potentially could expose the public to an extreme risk of injury or death.

12. Knowing the extreme risk of injury or death he was creating, Defendant Johnson drove without paying careful attention.

13. Knowing the extreme risk of injury or death he was creating, Defendant Johnson did not stay within his lane of traffic.

14. Defendant Johnson crossed the center line on US Highway 50 and drove his semi tractor-trailer into oncoming traffic.

15. Defendant Johnsons' conduct, in violation of statutory law, was negligent *per se.*

16. At all times material hereto Defendant Johnson was driving within the course and scope of his employment with Defendant Select Fleet Transportation Inc.

17. As such, Defendant Select Fleet Transportation Inc., is vicariously liable for the damages caused by the negligent conduct of Defendant Johnson.

18. Additionally, Plaintiff alleges on information and belief that Defendant Select Fleet Transportation Inc., was negligent in hiring, retaining, training and supervising Defendant Johnson.

19. At all times material to this action the Plaintiff was lawfully married.

23. As a direct and proximate result of the negligent actions and inactions of the Defendants,

Plaintiff William Clay's wife has suffered and will suffer in the future a loss of consortium.

25. Plaintiff William Clay brings this claim for loss of consortium for the benefit of his wife.

26. As a result of the negligent actions of the Defendants, Plaintiff has suffered injuries which are severe, permanent and disabling.

27. As a result of the negligence of the Defendants, Plaintiff has suffered and will suffer in the future medical, hospital and surgical expenses, loss of earnings, loss of enjoyment of life, loss of time, pain, suffering and disability, and other consequential damages.

28. The sole and proximate cause of Plaintiff's damages was the conduct of the Defendants.

WHEREFORE, Plaintiff prays for judgment against each of the above-named Defendants in an amount in excess of $75,000.00, plus costs, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

/s/Matthew L. Bretz
Matthew L. Bretz, SC # 15466
**BRETZ INJURY LAW, LLC**
3 Compound Drive
P.O. Box 1782
Hutchinson, KS 67504-1782
(620) 662-3435
Fax (620) 662-3445
Matt@bretzinjurylaw.com
Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

COMES NOW the Plaintiff, pursuant to applicable Kansas law, and respectfully makes demand for trial by a jury of twelve persons of all issues herein joined.

/s/Matthew L. Bretz
Matthew L. Bretz, SC # 15466

3